UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA MARTIN,

        Plaintiff,

v.

VIRGIL THOMPSON and
UNKNOWN JOHNSON,

        Defendants.
_____/

Case No. 1:22-cv-503

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order granting defendants' motions for summary judgment entered this day, Judgment is entered in favor of defendants and against plaintiff Joshua Martin.

Dated: September 13, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge